IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS



JAN 11 2016

Clerk, U.S. District Court
By:_____Deputy Clerk

_Hector L Rodriquez_ )
)
_900 SW Jewell_ )
)
_Topeka KS  66606_ )
(Enter above the full name of Plaintiff(s)) )
)
vs. _THE Congregational Home AMO_ )
_THE Congregational Home Foundation_ )
_c/o Larry D. Riggins/D/B/A Brewster Place_ )  Case Number: _16- 4001-DDC- KGS_
Name )                                         (To be assigned by Clerk)
)
_1205 SW 29th ST_ )
Street and number )
)
_Topeka   Kansas        66611_ )
City        State          Zip Code )

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.) (SEE BACK)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.      This employment discrimination lawsuit is based on (check only those that apply):

_____   Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
**NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

__X__   Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
**NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

_____   American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*,

1

Angela Dailey - C.O.O.

Nick Bonfiglio - Security Manager

Matt, Burris - Director of Environment Services

Adele Wahwassuck - H.R. Generalist

Julie Lynn - H.R. Director

David Beck - C.E.O.

Brewster Place

1205 SW 29th

Topeka KS 66611

for employment discrimination on the basis of disability.
**NOTE:** *In order to bring suit in federal district court under the American with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

_____ Other (Describe)

_____

_____

_____

2.  If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:

_____
(Street Address) (City/County) (State) (Zip Code)

3.  When did the discrimination occur?  Please give the date or time period:
     NOVEmBun  2014  –  ApRi'l  14  2015

## ADMINISTRATIVE PROCEDURES

4.  Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?
    _X_ Yes    Date filed: _____ 5/28/15 _____
    _____ No

5.  Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?
    _X_ Yes    Date filed: _____ 5/28/15 _____
    _____ No

6.  Have you received a Notice of Right-to-Sue Letter?
    _X_ Yes _____ No
    If yes, please attach a copy of the letter to this complaint.

7.  If you are claiming *age discrimination*, check one of the following:
    _X_ 60 days or more have passed since I filed my charge of age discrimination with the *Equal Employment Opportunity Commission.*
    _____ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

2

## NATURE OF THE CASE

8.  The conduct complained of in this lawsuit involves (check only those that apply):
    _____ failure to hire me
    _X_ termination of my employment
    _____ failure to promote me
    _____ failure to accommodate my disability
    _X_ terms and conditions of my employment differ from those of similar employees
    _X_ retaliation
    _X_ harassment
    _____ reduction in wages
    _____ other conduct (specify):

    _____     _____
                                                    _____
                                                    _____
                                                    _____
                                                    _____
                                                    _____

    Did you complain about this same conduct in your charge of discrimination?
    _X_ Yes    _____ No

9.  I believe that I was discriminated against because of (check all that apply):
    _____ my race or color, which is _____
    _____ my religion, which is _____
    _____ my national origin, which is _____
    _____ my gender, which is _____ male; _____ female
    _____ my disability or perceived disability, which is _____
    _X_ my age (my birth date is: _6-1-55_ )
    _X_ other: _HARRASMUNT, RUTALIATION_____

    Did you state the same reason(s) in your charge of discrimination?
    _X_ Yes    _____ No

10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes. _( SEE ATTACHED )_

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

3

(Attach additional sheets as necessary).

11.   The acts set forth in paragraph 10 of this complaint:
       _____ are still being committed by Defendant.
       _____ are no longer being committed by Defendant.
       __X__ may still be being committed by Defendant.

12.   Plaintiff:
       __X__ still works for Defendant
       _____ no longer works for Defendant or was not hired

13.   If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
       _____ Yes        _____ No
       Explain: _____
       _____

## REQUEST FOR RELIEF

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)
       _____ Defendant be directed to employ Plaintiff
       _____ Defendant be directed to re-employ Plaintiff
       _____ Defendant be directed to promote Plaintiff
       _____ Defendant be directed to _____
       _____ Injunctive relief (please explain): _____
       __X__ Monetary damages (please explain): Emotional Distress And Mental Anguish.
       __X__ Costs and fees involved in litigating this case
       __X__ As additional relief to make Plaintiff whole, Plaintiff seeks: A Written Appology .
and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this __11__ day of __January_____, 20 _16_ .

_Hector Rodrigez_____
Signature of Plaintiff
   Hector Rodriguez
Name (Print or Type)
   900 SW Jewell
Address
   Topeka KS    66606
City State Zip Code
   785 - 431 - 3883
Telephone Number

4

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( Wichita, Kansas City or Topeka ), Kansas as the location for the trial in this matter.                    (check one location)

_____
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ☒ yes ☐ no .
(check one)

_____
Signature of Plaintiff

Dated: _____1/ 11/ 16_____
(Rev. 8/07)

5

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To:  Hector Rodriguez
900 Sw Jewell
Topeka, KS 66606

From:  Kansas City Area Office
Gateway Tower II
400 State Avenue
Kansas City, KS 66101

☐  *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 563-2015-01392 | **Frank E. Ventura,** **Investigator** | **(913) 551-6644** |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐  More than 180 days have passed since the filing of this charge.

☐  Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☐  The EEOC is terminating its processing of this charge.

☐  The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☒  The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐  The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

**Natascha Deguire,**
**Area Office Director**

10-16 2015
*(Date Mailed)*

Enclosures(s)

cc:  **BREWSTER PLACE**
Attn: Human Resources
1205 SW 29th St
Topeka, KS 66611

Carol Bonebrake
SIMPON, LOGBACK, LYNCH, NORRIS
107 Southwest 6th Ave Suite 210
Topeka, KS 66603

## CHARGE OF AGE DISCRIMINATION AND RETALIATION

*Hector Rodriguez v. The Congregational Home and The Congregational Home Foundation c/o Larry D. Riggins d/b/a Brewster Place*

I worked for The Congregational Home and The Congregational Home Foundation c/o Larry D. Riggins d/b/a Brewster Place (collectively "Brewster Place") from approximately July 22, 2006 to April 14, 2015. I worked as a Communications Officer at Brewster Place located at 1205 SW 29th Street, Topeka, KS 66611. At the time of my termination, I reported directly to Nick Bonfiglio ("Bonfiglio"), Supervisor of the Security Department. I contend that Brewster Place discriminated against me and terminated me based upon my age and in retaliation for reporting harassment of Brewster Place management.

During my employment, I successfully performed the requirements of my job. In November 2014 Bonfiglio held a meeting during which he informed younger employees that Brewster Place was trying to replace several older employees. Since the November 2014 meeting, myself and several other older employees over the age of 40 have been terminated from Brewster Place. I also began to experience increased hostility from Bonfiglio constantly complaining about my work, which was not an issue prior to November 2014.

In or about early 2015, Bonfiglio assigned me the responsibility of training a new employee, Chaz and sometime thereafter, held a meeting with me regarding Chaz's progress as a trainee. Bonfiglio also informed me during this meeting that the night manager, Isamar Flores (hereinafter "Isa") had given Chaz a bad review after she trained him. I spoke with Chaz about the issues raised by Isa and gave Chaz suggestions on how to improve. I believed that I was helping Chaz to improve by explaining the bad review, but instead of rewarding me for my leadership, Bonfiglio wrote me up for a "gross rumor." Since this write-up, Bonfiglio has harassed and threatened my job on a daily basis. This harassment by Bonfiglio continued until I finally decided to report Bonfiglio for his continual harassment of me and other older workers.

On April 13, 2015, I reported to Brewster Place's Human Resources that Bonfiglio was harassing me and other older co-workers based on age. Adele Wahwassuck (hereinafter "Adele"), Human Resources Generalist received my complaint and informed me that Brewster Place would be investigating and would follow up with me concluding their investigation. The following day, April 14, 2015, Julie Lynn, Director of Human Resources called me into her office, where I discovered Matt Burns, Bonfiglio's direct supervisor and Adele in the office as well. Adele then informed me that I was being terminated for the "gross rumor" write up that I had received regarding the training of Chaz.

As a result, I am seeking compensation for any and all back wages, future wages and pre-judgment and post-judgment interest. I am also seeking any other form of

compensation and benefits to which I may be entitled because of this age discrimination and retaliatory treatment including, but not limited to, liquidated damages.

Hector Rodriguez